UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FREDERICK GOLDSBERRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> NORTH BAY REGIONAL HOSPITAL, <br><br> Defendant. | No. 2:25-cv-0379 CSK P <br><br> ORDER |

Plaintiff, a jail inmate housed in the Henderson County Jail in Lexington, Tennessee, proceeds pro se with a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff is provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of his complaint. If plaintiff has been incarcerated for less than six months, he may provide a certified inmate trust account for the period he has been in custody.

///

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 30, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gold0379.3d