UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FREDERICK GOLDSBERRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> NORTH BAY REGIONAL HOSPITAL, <br><br> Defendant. | No. 2:25-cv-0379 CSK P <br><br><br> <u>ORDER</u> |

Plaintiff filed a motion for extension of time to file a completed application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 7) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a completed application to proceed in forma pauperis.

Dated: March 14, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gold0379.36