UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FREDERICK GOLDSBERRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> NORTH BAY REGIONAL HOSPITAL, <br><br> Defendant. | No. 2:25-cv-0379 CSK P <br><br> <u>ORDER FOR PAYMENT OF INMATE FILING FEE</u> |

To: Brian Duke, Sheriff of Henderson County, 170 Justice Center Dr., Lexington, Tennessee 38351:

Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of twenty percent (20%) of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to plaintiff's trust account. The Henderson County Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the amount in the account

1

exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Brian Duke, the Sheriff of Henderson County or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Sheriff of Henderson County or a designee shall collect from plaintiff's inmate trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Brian Duke, Sheriff of Henderson County, 170 Justice Center Dr., Lexington, Tennessee 38351.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: March 27, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gold0379.cdc.TN