UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM FREDERICK GOLDSBERRY, JR.,

Plaintiff,

v.

NORTH BAY REGIONAL HOSPITAL,

Defendant.

No. 2:25-cv-00379-TLN-CSK

**ORDER**

Plaintiff, proceeding pro se, filed this civil action seeking relief for alleged disability discrimination. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2026, the magistrate judge filed findings and recommendations (ECF No. 29), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff was granted an extension of time to file objections. (ECF Nos. 30, 31.) On March 30, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 32.) The Court has considered Plaintiff's objections herein.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. The Court has carefully reviewed the file, including Plaintiff's objections, and finds

the findings and recommendations are supported by the record and by proper analysis, except as to the recommendation to deny leave to amend.

The Court finds further amendment would not be futile and therefore dismisses Plaintiff's complaint with leave to amend. Specifically, the findings and recommendations recommended dismissal without leave to amend because Plaintiff's claim under Title III of the Americans with Disabilities Act did not provide a remedy for monetary relief, which is the sole remedy Plaintiff seeks. (ECF No. 25 at 24; ECF No. 29 at 3–4.) In Plaintiff's objections to the findings and recommendations, he indicated he could add allegations under § 504 of the Rehabilitation Act that would allow him to recover damages. (ECF No. 32 at 2.) Thus, the deficiencies in the Second Amended Complaint may be cured by amendment. Additionally, given Plaintiff's pro se status, the Court finds leave to amend appropriate here. However, Plaintiff is warned that the Court will not grant further opportunities to amend at this stage of the proceedings.

Accordingly, Plaintiff has thirty days from the date of entry of this Order to file an amended complaint. If Plaintiff elects to file a third amended complaint, it should be titled "Third Amended Complaint" and include this action's case number. An amended complaint must be complete in itself without reference to any prior pleading. E.D. Cal. L.R. 220. The allegations must be set forth in numbered paragraphs. Each paragraph should address "a single set of circumstances" where possible. *See* Fed. R. Civ. P. 10(b). If Plaintiff does not timely file an amended complaint that complies with the specifications above, this action may be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 29) are ADOPTED in part.

2. Plaintiff's Second Amended Complaint (ECF No. 25) is DISMISSED with leave to amend.

3. Plaintiff has **thirty days** from the entry of this Order to file a third amended complaint to cure the deficiencies described in the findings and recommendations.

///

///

IT IS SO ORDERED.

DATE: October 29, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE